PER CURIAM:
These claims against the Department of Corrections were submitted for decision upon the pleadings. The claimants seek payment for various goods and services furnished to the respondent as follows:
Claim No. Claim Against Anthony Center Amount
CC-81-347 Greenbrier Valley Hospital .. $ 898.18
*40 Claims Against West Virginia
Claim No. Penitentiary Amount
CC-81-198 & CC-81-265 Reynolds Memorial Hospital, Inc. $ 40,956.67
CC-81-298 Johnson’s Boiler Sales & Service, Inc__ $ 13,883.22
CC-81-315 Boury, Inc__ $ 1,984.28
Claims Against West Virginia
Claim No. Prison for Women Amount
4,535.90 CC-81-212 Reynolds Memorial Hospital, Inc. -09-
215.00 CC-81-236 Rajendra P. Singh, M.D._
130.00 CC-81-237 Mercer Radiology, Inc. .. -e/9-
569.00 CC-81-253 Tri-State Ambulance and Rentals -6A-
103.02 CC-81-262a Summers Community Clinic_ -W
110.00 CC-81-262b B. Payman, M.D__ -60-
13,341.30 CC-81-263 Summers County Hospital.... -6/3-
1,541.25 CC-81-267 Raleigh General Hospital, Inc._
4,644.52 CC-81-277 Greenbrier Valley Hospital_
70.00 CC-81-289 C. K. Agarwal, M.D..
100.00 CC-81-296a Raleigh Orthopaedic Assoc., Inc. ..
2,001.14 CC-81-312a Physicians Fee Office _ -&S-
95.00 CC-81-333 J. D. Woodrum, M.D., Inc.
40.00 CC-81-344 Saryu P. Dani, M.D...
87.00 CC-81-225 Princeton Internists _ -m
80.00 CC-81-329 Adnan N. Silk, MJD., P.C. Beckley Neurosurgical Clinic
295.00 CC-81-217 Hassan Amjad, M.D.
90.00 CC-81-373 Princeton Community Hospital
Claims Agmst Huttonsville
Claim No. Correctional Center Amount
CC-81-194 & CC-81-244 Southern Chemical Co__ $ 1,688.50
CC-81-245 Appalachian Mental Health Center_ $ 4,400.00
CC-81-247 C. H. James & Co_ $ 1,149.18
CC-81-250 Bernhardt’s Clothing, Inc. _ $ 3,215.38
CC-81-254 Beckley Radiology Associates _ $ 323.50
CC-81-256 Picker Corporation_ $ 1,043.51
CC-81-257 Physicians Associates, Inc._ $ 245.00
*41 Claims Against Huttonsville
Amount Claim No. Correctional Center
3,669.12 CC-81-259 Wechsler Coffee Corporation_
5,038.00 CC-81-260 Eugene E. Hutton, Jr., M.D. ...
150.95 CC-81-307 Raleigh General Hospital .
350.00 CC-81-272 Orthopedic Clinic, Inc. ..
3,777.94 CC-81-276 Grafton City Hospital .
540.00 CC-81-278 Nova Rubber Company, Inc.
791.07 CC-81-281 The Upjohn Company....
411.57 CC-81-282 Ayerst Laboratories _
970.08 CC-81-283 Reed & Carnrick ....
3,400.00 CC-81-287 Perrmont Chemical Company .
3.478.25 CC-81-290 West Virginia Paper, Inc.
2,310.00 CC-81-296b Raleigh Orthopaedic Assoc., Inc. -
131.87 CC-81-297 McNeil Pharmaceutical _
1,690.00 CC-81-299 Appalachian Regional Hospital.
412.06 CC-81-303 Norwich-Eaton Pharmaceuticals ..
397.25 CC-81-305 Henry Schein, Inc. ____
300.00 CC-81-311 Dentists Fee Office...
3.528.25 CC-81-312b Physicians Fee Office .
156.90 CC-81-317 Dorsey Laboratories ..
8,452.08 CC-81-340 Union Oil Company of California
80,609.40 CC-81-214 Marlinton Electric Co., Inc.
1,819.99 CC-81-354 Fairmont State College ...
17,192.85 CC-81-362 Monongahela Power Company.
$ 3,738.90 CC-81-364 Independent Dressed Beef Company, Inc. ..
$133,500.35 CC-81-365 Memorial General Hospital Association —..
$ 558.97 CC-81-366 Pfizer, Inc. -.
$ 2,296.94 CC-81-368 Gall’s Inc. __
3,698.73 CC-81-383 West Virginia Department of Highways ..... -ea
399.60 CC-81-387a SK&F Lab Co.... -e/*
20.82 CC-81-387b SK&F Co___ -oe-
574.34 CC-81-384a The Firestone Tire and Rubber Company _ -ee-
The respondent admits the validity and amounts of these claims, but further alleges that sufficient funds were not avail *42 able at the close of the fiscal years in question from which the obligations could have been paid.
While we feel that these claims should, in equity and good conscience, be paid, we further believe that awards cannot be made, based on our decision in Airkem Sales and Service, et al. v. Department of Mental Health, 8 Ct.Cl. 180 (1971).
Claims disallowed.